UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 26-14811 |
| Jacek Korzec | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**ORDER AVOIDING LIENS**

This cause, coming to be heard upon Debtor's Motion to Avoid Liens, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that:

1. The Debtor's Motion IS GRANTED.

2. The lien of Byline Bancorp, Inc. ("Byline"), recorded as Document number 2025K044238 with the Kane County Recorder of Deeds, on the property located at 3118 Deerpath Lane, Carpentersville, IL 60110 (the "Property"), is avoided in the amount of $120,945.46. Byline will retain a lien on the Property in the amount of $76,137.00.

3. The lien of Channel Partners Capital, LLC ("Channel Partners"), recorded as Document number 2026K018718 with the Kane County Recorder of Deeds, on the property located at 3118 Deerpath Lane, Carpentersville, IL 60110 (the "Property"), is avoided in its entirety.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: October 14, 2026

**Prepared by:**

David Freydin
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847-972-6157 phone
866-897-7577 fax
david.freydin@freydinlaw.com
Bankruptcy Counsel for the Debtor